UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

GERMAN ROMAN-OLIVER,

    Petitioner,

v.

WARDEN JOYNER,

    Respondent.

No. 7:19-CV-50-REW

JUDGMENT

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Opinion & Order entered contemporaneously, the Court **ORDERS** and **ADJUDGES** as follows:

(1) The Court enters **JUDGMENT** in favor of Respondent;

(2) The Court enters **JUDGMENT** against Petitioner;

(3) The Court **DISMISSES** Roman-Oliver's § 2241 petition, **with prejudice**;

(4) This is a final Judgment as to the rights and liabilities of all claims and parties; and

(5) The Court **STRIKES** this matter from the active docket.

This 9th day of December, 2019.

Signed By:
*Robert E. Wier* /REW/
**United States District Judge**